R. C. Clark Veneer Company, appellant, v. Irving G. Zazove, appellee. Gen. No. 33,845.

Opinion filed May 26, 1930.

Edward A. Zimmerman and Robert L. McDougal, for appellant. Irving G. Zazove, for appellee; Michael A. Romano, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

The Inman Company, appellee, v. Irving G. Zazove, appellant. Gen. No. 33,863.

Opinion filed May 26, 1930.

Irving G. Zazove, *per se;* John B. King, of counsel. Vose & Vose, for appellee; John D. Clancy, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Tony L. Langston, plaintiff in error, v. Robert S. Abbott Publishing Company, defendant in error. Gen. No. 34,031.

Opinion filed May 26, 1930.

Bernstein, Zolla & Bernstein, for plaintiff in error; Fred Bernstein and Ralph M. Schwartzberg, of counsel. Matthews & Koegel, for defendant in error; Otto E. Koegel, J. R. Harmon and C. F. Springer, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Georg Bohnert, appellee, v. National Life Association, appellant. Gen. No. 34,059.

McSurely, P. J., dissents. Opinon filed May 26, 1930. Rehearing denied June 9, 1930.

Benj. F. J. Odell, for appellant. Frank A. O'Donnell, A. W. Fulton and J. F. Sheen, for appellee.

Mr. Justice Matchett delivered the opinion of the court.